IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

ADONAY JOSE DALIS RAMIREZ

NO. **2-26CR-064-Z**

## INDICTMENT

The Grand Jury Charges:

JUN 25 2026 PM 2:21
FILED - USDC - NDTX - AM

Count One
Uttering or Possessing Forged or Counterfeited Securities of an Organization
(Violation of 18 U.S.C. § 513(a))

On or about May 26, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Adonay Jose Dalis Ramirez**, defendant, did knowingly utter and possess forged and counterfeited securities of an organization, as that term is defined in Title 18, United States Code, Section 513(c)(4), namely, Western Union, with the intent to deceive another person and organization.

In violation of Title 18, United States Code, Section 513(a).

**Adonay Jose Dalis Ramirez**
**Indictment – Page 1**

A TRUE BILL:

_____

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____

CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7564
Facsimile:   806-472-7394
E-mail:   callie.woolam@usdoj.gov

**Adonay Jose Dalis Ramirez**
**Indictment – Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

ADONAY JOSE DALIS RAMIREZ

INDICTMENT

COUNT 1:     UTTERING OR POSSESSING FORGED OR
COUNTERFEITED SECURITIES OF AN
ORGANIZATION
Title 18, United States Code, Section 513(a).

(1 COUNT)

A true bill rendered:
Amarillo                                                                        _____ Foreperson

Filed in open court this 25th day of June 2026.
DEFENDANT IN FEDERAL CUSTODY
Complaint number 2:26-MJ-105-BR filed on June 11, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Adonay Jose Dalis Ramirez
Indictment – Page 3